LCS Financial Services
6782 S. Potomac Street
Ste 100
Centennial, Co 80112
Telephone: 866-662-9087

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                          CHAPTER 13

Debtor: BARABARA KATE SCHNEIDER              CASE NO: 13-13494

SSN#  xxx-xx-6546                    NOTICE OF WITHDRAWAL OF CLAIM

TO: CHAPTER 13 TRUSTEE
TO: ATTORNEY FOR DEBTOR
TO: CLERK OF COURT

1. A claim was filed on behalf of LCS Financial on May 13, 2013, in the amount of $20,302.54 for account number xxx433, claim number 11.

2. You are notified that such proof of claim is herby withdrawn pursuant to Bankruptcy Rule 3006

Dated this 5th day of June 2013

                                        LCS Financial Services
                                        Kelly Lucero